UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPARTA INSURANCE CO., a Connecticut corporation, as subrogee of DOUG ANDRUS DISTRIBUTING, LLC, an Idaho limited liability company, and as subrogee of LARRY LAMBERSON, an individual,<br><br>                              Plaintiffs,<br><br>v.<br><br>BENJAMIN GARFIAS, an individual, EASTERDAY FARMS PRODUCE, CO., a Washington corporation; EASTERDAY & EASTERDAY, a partnership d/b/a EASTERDAY RANCHES INC., a Washington corporation,<br><br>                              Defendants.<br>_____<br><br>LARRY LAMBERSON, an individual,<br>                              Plaintiff,<br><br>v.<br><br>BENJAMIN T. GARFIAS, an Individual; EASTERDAY & | NOS:  CV-12-5051-RMP<br>            CV-12-5052-RMP<br><br><br><br><br>ORDER CONSOLIDATING CASES FOR DISCOVERY AND TRIAL |

ORDER CONSOLIDATING CASES FOR DISCOVERY AND TRIAL ~ 1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | EASTERDAY, a Partnership, d/b/a EASTERDAY FARMS; EASTERDAY RANCHES INC., a Washington Corporation; EASTERDAY FARMS PRODUCE, CO., a Washington Corporation; and DOES I through X, whose true identities are presently unknown, |
| 6 | Defendants. |

7  A telephonic scheduling conference was held in this matter on August 7,

8  2012. Gregory J. Arpin, Shamus O'Doherty, Michael Christian and Timothy

9  Fennessy appeared on behalf of the plaintiffs. Ronald Morrison and Kevin Curtis

10 appeared on behalf of the defendants.

11  The Court reviewed the parties' Joint Status Certificate and Proposed Case

12 Schedule filed by the parties and considered the request for consolidation an oral

13 motion on behalf of all the parties to consolidate . All parties being in agreement,

14 the Court will grant the motion to consolidate.

15  **IT IS HEREBY ORDERED:**

16  1. The oral motion of the parties to consolidate is **GRANTED**.

17  2. Case No. CV-12-5052-RMP shall be **CONSOLIDATED** with Case No.

18     CV-12-5051-RMP for purposes of discovery and trial.

19  3. Pursuant to the practice in this District to consolidate cases under the

20     first-filed case **ALL FUTURE FILINGS SHALL BE FILED UNDER**

ORDER CONSOLIDATING CASES FOR DISCOVERY AND TRIAL ~ 2

1  **CASE NUMBER CV-11-5051-RMP.**

2  **IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter

3  this Order and provide copies to counsel and **close the file** for CV-11-5052-RMP

4  in this District.

5  **DATED** this 8th day of August, 2012.

6                                              *s/ Rosanna Malouf Peterson*

7                                              ROSANNA MALOUF PETERSON
                                           Chief United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER CONSOLIDATING CASES FOR DISCOVERY AND TRIAL ~ 3