# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SPARTA INSURANCE CO., et al.,<br>*Plaintiff*<br>v.<br>BENJAMIN T. GARFIAS, et al.<br>*Defendant* | )<br>)<br>)   Civil Action No.  CV-12-5051-RMP<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge  Rosanna Malouf Peterson  presiding, and the jury has rendered a verdict.  Verdict for Defendant; no money awarded.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  3/14/2014

CLERK OF COURT

SEAN F. McAVOY

s/Cindy Parks
*(By) Deputy Clerk*

Cindy Parks